## IN THE U.S. DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TIMOTHY VOGEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case: 1:23-cv-01446-JBM-JEH |
| v. ) | |
| ) | Judge: Michael M. Mihm |
| VILLAGE OF DWIGHT, ) | |
| OFFICER WATSON MCKEE, ) | Magistrate: Ronald L Hanna |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S MOTION TO EXTEND DEADLINES

Now comes Plaintiff, by and through his attorneys, respectfully requesting an extension to complete discovery. This motion is unopposed. Plaintiff states as follows.

Plaintiff has been working diligently to complete discovery. The parties have exchanged and answered discovery requests, and produced documents relevant to the litigation. Due to the schedules of counsel for Plaintiff and Defendants, however, there has been difficulty in scheduling depositions in this matter. The parties have now worked to confirm dates for the depositions of the following witnesses:

1. Plaintiff Timothy Vogen, May 30, 2025.
2. Melissa McGraw, May 30, 2025.
3. Defendant Watson McKee, June 11, 2025.
4. Michael Nolan, June 12, 2025.
5. Gary Beier, June 20, 2025.

Plaintiff has also issued subpoenas for the deposition testimony of witnesses Peggy Sipes and Thomas Worby to take place on June 24, 2025. The parties have made significant progress to schedule depositions of the parties and significant witnesses in this case. The parties have also engaged in good

faith settlement discussions and believe that they will likely be willing to engage in mediation after the parties' depositions go forward.

Discovery is set to close on May 30. ECF 14. Plaintiff respectfully requests that this Court amend the scheduling order to reflect the following deadlines:

1. Fact discovery to close August 29, 2025.
2. Parties are to disclose their experts on October 6, 2025.
3. Expert Discovery to close on December 2, 2025.

This discovery schedule will not interfere with the dispositive motion deadline on December 5, 2025, or the trial date April 20, 2026. This motion is not brought for undue purpose or delay.

**Dated: May 12, 2025**

                                           **ROMANUCCI & BLANDIN**

                                           /s/ Sam Harton
                                           Sam Harton
                                           321 N. Clark St.
                                           Chicago, IL 60654
                                           Tel: (312) 458-1000
                                           Fax: (312) 458-1004
                                           Email: sharton@rblaw.net