## IN THE U.S. DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

TIMOTHY VOGEN,                          )
                                        )
                    Plaintiff,          )
                                        )        1:23-cv-01446-MMM-RLH
        v.                              )
                                        )
VILLAGE OF DWIGHT,                      )
OFFICER WATSON MCKEE,                   )
                                        )
                    Defendants.         )

## PLAINTIFF'S MOTION FOR HEARING CONCERNING DISCOVERY DISPUTE

Now comes Plaintiff, by and through his attorneys, respectfully requesting that this Court hold a Hearing Concerning Discovery Dispute to resolve a dispute that has arisen between Plaintiff and Defendants. Pursuant to Hon. Ronald L. Hanna's Standing Order, this motion does contain any argument or the nature of the discovery dispute.

## CERTIFICATION OF CONFERRAL

On April 29, 2025, Plaintiff sent Rule 37 correspondence concerning the underlying discovery dispute. Plaintiff did not receive a response and followed up on May 9, 2025. On May 19, 2025, Plaintiff's counsel was able to conduct a phone call with Defendants' counsel, where they came up with an agreement as to how to resolve the underlying issue, with action items to be completed by both sides. Defendants have sent correspondence to Plaintiff on other issues in this case, but have not responded to Plaintiff's attempts to confer and resolve the underlying issue since May 19, 2025. On May 30, 2025, Plaintiff identified the urgency with which this matter needs to be resolved in time for Defendant McKee's deposition on June 11, 2025, and informed counsel that Plaintiff would bring the discovery dispute before the Court if it was not resolved by June 2, 2025, at noon. At the time of this filing on June 3, 2025, Plaintiff has given Defendant an additional day to comply and still has not heard from Defendant. Plaintiff's counsel certifies that she has made diligent attempts to confer and

1

resolve this matter with defense counsel over the past month, but the continued non-responsiveness has necessitated Court intervention.

**Dated: June 3, 2025**

<div style="margin-left:40%">

/s/ Sam Harton
Attorney for Plaintiff

Sam Harton
**ROMANUCCI & BLANDIN**
321 N. Clark St.
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: sharton@rblaw.net

</div>