## IN THE U.S. DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TIMOTHY VOGEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 1:23-cv-01446-MMM-RLH |
| v. | ) |
| | ) |
| VILLAGE OF DWIGHT, | ) |
| OFFICER WATSON MCKEE, | ) |
| | ) |
| Defendants. | ) |

## STATUS REPORT

Now comes Plaintiff, by and through his attorneys, filing a status report on behalf of all parties pursuant to this Court's Order.[1] Having duly conferred and in light of the Court's ruling that Defendants should be granted an extension, the parties agreed to the following schedule:

1. Dispositive motions: December 23, 2025

2. Rule 26(a)(2) Disclosure and Reports: January 7, 2026

3. Response to Dispositive Motions: January 23, 2026.

4. Reply to Dispositive Motions: January 30, 2026

5. Rule 26(a)(2) Depositions Completed by: February 13, 2026.

6. The parties are to agree on a mediator and mediation date by January 9, 2026.

**Dated: December 11, 2025**

**ROMANUCCI & BLANDIN**

/s/ Sam Harton

---

[1] The parties agreed to this schedule on Tuesday, December 9. The following day, there was miscommunication about the filing of the report. The parties apologize for the delayed filing.

Sam Harton
321 N. Clark St.
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: sharton@rblaw.net

James J. Temple
Mulherin, Rehfeldt & Varchetto, P.C.
4200 Commerce Court, Suite 200
Lisle, IL 60532
(630) 653-9300
jtemple@mrvlaw.com
Attorney No. 06284118
***Attorneys for Defendants***